CARROLL, APPELLANT, *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY, APPELLEE.

[Cite as *Carroll v. Nationwide Mut. Ins.
Co.* (2001), 92 Ohio St.3d 215.]

(No. 01–83—Submitted May 16, 2001—Decided July 5, 2001.)

---

The judgment of the court of appeals is reversed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

The cause is remanded to the trial court for further proceedings consistent with our decisions in *Littrell* and *Clark.*

Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

---

**Cook, J., dissenting.** I respectfully dissent based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

Moyer, C.J., and Lundberg Stratton, J., concur in the foregoing dissenting opinion.

---

*Scanlon & Gearinger Co., L.P.A., Robert A. Royer* and *Joy D. Malek,* for appellant.

*Weston, Hurd, Fallon, Paisley & Howley L.L.P., Timothy D. Johnson, Gregory E. O'Brien* and *Shawn W. Maestle,* for appellee.

